# Court of Appeals
## Tenth Appellate District of Texas

10-26-00101-CV

In re Joshua Case Holman

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Joshua Case Holman's petition for writ of mandamus, filed March 13, 2026, is denied.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: April 2, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
OT06

